a portion of the Court's opinion. We recently have dismissed certification of questions where the Court has addressed the subject of the questions in a full opinion. *Foley* v. *Carter,* 449 U. S. 1073 (1981). See also *United States* v. *Will,* 449 U. S. 200 (1980).

No. A–1006 (80–2157). ANCHORAGE TIMES PUBLISHING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–1029. COTA ET AL. *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. Application for injunction, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–1051. OPTION ADVISORY SERVICE, INC. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. Application for stay, addressed to JUSTICE STEWART and referred to the Court, denied.

No. A–1052. IN RE MCGEAN. Ct. App. D. C. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–227. IN RE DISBARMENT OF SCHMIDT. Disbarment entered. [For earlier order herein, see 450 U. S. 1037.]

No. D–231. IN RE DISBARMENT OF KELLEY. Disbarment entered. [For earlier order herein, see 451 U. S. 903.]

No. 80–11. MERRION ET AL., DBA MERRION & BAYLESS, ET AL. *v.* JICARILLA APACHE TRIBE ET AL.; and

No. 80–15. AMOCO PRODUCTION CO. ET AL. *v.* JICARILLA APACHE TRIBE ET AL. C. A. 10th Cir. [Certiorari granted, 449 U. S. 820.] Cases restored to calendar for reargument. JUSTICE STEWART took no part in the consideration or decision of this order.